UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED M. WINDER <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS ERSTE, et al. <br><br> Defendants. | Civil Action No.  03-2623 (JDB) |

## ORDER

Upon consideration of the motions to dismiss filed by defendants Khabo, Erste, Massie, the District of Columbia Public Schools ("DCPS"), and the District of Columbia [22, 23, 25, 26, 32, 33], and for the reasons stated in the memorandum opinion issued on this date, it is hereby

ORDERED that [22] DCPS's motion to dismiss is GRANTED; it is further

ORDERED that [23] Massie's motion to dismiss is DENIED; it is further

ORDERED that [25] the District of Columbia's motion to dismiss is GRANTED IN PART and DENIED IN PART; it is further

ORDERED that [26] the motion to dismiss filed jointly by defendants Erste and the District of Columbia is GRANTED IN PART and DENIED IN PART; it is further

ORDERED that [32] Erste's motion to dismiss Count II of the amended complaint is GRANTED; it is further

ORDERED that [33] Khabo's motion to dismiss for improper service of process is GRANTED; it is further

ORDERED that Counts II, IV, VI, VII and VIII of the amended complaint are DISMISSED in their entirety as to all defendants for failure to state a claim on which relief can be granted; and it is further

ORDERED that Count III is dismissed as to all defendants with the exception of the District of Columbia.

/s/
JOHN D. BATES
United States District Judge

Signed this   31st   day of March, 2005.

Copies to:

Brian Cooper Plitt
1239 C Street, SE
Washington, DC 20003
(202) 546-5493
Fax: 202-546-8478
Email: cooperwitz@aol.com

John F. Karl, Jr.
MCDONALD & KARL
900 17th Street NW
Suite 1250
Washington, DC 20006
(202) 293-3200
Fax: (202) 429-1851
Email: jfklaw@igc.org
   *Counsel for Plaintiff*

Steven J. Anderson
OFFICE OF CORPORATION COUNSEL
P.O. Box 14600
Washington, DC 20044-4600
(202) 724-6607
Fax: (202)727-0431
Email: steve.anderson@dc.gov
   *Counsel for Defendants*